UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Christopher Cole

    v.                                    Civil No. 13-cv-274-SM

FNU Fluery, et al.

## ORDER GRANTING MOTION TO PROCEED
## *IN FORMA PAUPERIS*

The plaintiff, an inmate at N.H. State Prison ("Institution"), has filed a motion to proceed *in forma pauperis* in the above-captioned case, which is accompanied by a certificate signed by an authorized individual from the Institution. The certificate evidences that for the six-month period preceding the filing, the plaintiff's average deposits have been $22.38 and the plaintiff's average monthly balance has been $0.49. Plaintiff has also submitted a signed consent form indicating consent to permit inmate accounts to make court-ordered payments on his behalf.

The motion to proceed *in forma pauperis* is GRANTED. While 28 U.S.C. § 1915(b)(1) requires the court assess an initial filing fee, given the plaintiff's current balance of $0.55 there shall be no initial filing fee assessed. In addition, monthly payments of 20% of each preceding month's income credited to the plaintiff's account shall be remitted by the Institution when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. 28 U.S.C. § 1915(b)(2).

The monthly payments as outlined above, shall be forwarded to the Clerk of Court by the Institution in accordance with this Order. A copy of this Order, along with a copy of the signed

Prisoner Consent Form (doc. no. 2), shall be forwarded by the Court to the Institutions inmate account department.

    SO ORDERED.

                                                                                    _____
                                                            Landya B. McCafferty
                                                            United States Magistrate Judge

Dated: June 19, 2013

cc:  Christopher Cole, pro se
      Inmate Accounts, NHSP